IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY WILLARD MERRIWEATHER,

    Petitioner,

vs.

UNITED STATES PAROLE COMMISSION,

    Respondent.

No. 2:08-cv-1977 JFM (HC)

ORDER

    Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of mandamus together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, filed his application for leave to proceed in forma pauperis on the form used by this district. Use of the form assists petitioner to establish and the court to evaluate petitioner's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, petitioner's application will be dismissed and petitioner will be provided the opportunity to submit the application on the appropriate form. Petitioner is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his petition.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is dismissed without prejudice;

2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Petitioner shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 8, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
merr1977.3djfm