IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY WILLARD MERRIWEATHER,

    Petitioner,                      No. 2:08-cv-1977 JFM

    vs.

UNITED STATES PAROLE COMMISSION,

    Respondent.                    ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of mandamus pursuant to 28 U.S.C. § 1651.  He also seeks to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

        Writ of habeas corpus relief extends to a person in custody under the authority of the United States.  See 28 U.S.C. § 2241. While a federal prisoner who wishes to challenge the validity or constitutionality of his conviction must bring a petition for writ of habeas corpus under 28 U.S.C. § 2255, a petitioner challenging the manner, location, or conditions of that sentence's execution must bring a petition for writ of habeas corpus under 28 U.S.C. § 2241.  See, e.g., Brown v. United States, 610 F.2d 672, 677 (9th Cir. 1990).  A petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 must file the petition in the judicial

district of the petitioner's custodian.  Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000) ("habeas petition filed pursuant to § 2241 must be heard in the custodial court"); Stephens v. Herrera, 464 F.3d 895, 898 (9th Cir. 2006) (same), cert. denied ___ S. Ct. ___, 2007 WL 579760 (Mar. 27, 2007).  Petitioner is presently housed in Herlong which is situated in this district.

In this case, petitioner contends his constitutional right to due process is being violated by respondent's refusal to hold a parole hearing.  Petitioner is challenging the execution of his sentence rather than the imposition of that sentence.  Thus, his petition is proper under 28 U.S.C. § 2241.

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis (no. 6) is granted;

2. Respondent is directed to file an answer within forty-five days from the date of this order.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney for the Eastern District of California;

DATED:  November 5, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; merr1977.100