IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY WILLARD MERRIWEATHER,

    Petitioner,                                                     No. 2:08-cv-1977 JFM (HC)

    vs.

UNITED STATES PAROLE COMMISION,

    Respondent.                                                     ORDER

/

        On January 5, 2009, petitioner filed an objection to respondent's answer, alleging the certificate of service attached thereto was not valid because it stated the answer had been served on February 29, 2008. Petitioner also questioned whether the answer was timely filed.

        Respondent was directed to file an answer within 45 days from this court's order of November 6, 2008. Because that deadline fell on Sunday, December 21, 2008, respondent's filing on Monday, December 22, 2008 was timely. Although it appears the certificate of service incorrectly listed the service date as February 29, 2008, petitioner received the answer as it prompted the January 5, 2009 filing by petitioner.

/////

/////

1

1  However, in an abundance of caution, petitioner will be granted an extension of
2 time in which to file a reply.  Good cause appearing, IT IS HEREBY ORDERED that petitioner
3 is granted thirty days from the date of this order in which to file a reply.
4 DATED: February 3, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

8 /001; merr1977.111